UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
14-10163-NMG

UNITED STATES OF AMERICA

v.

EDWARD BOYER et al.

### INTERIM STATUS REPORT

October 7, 2014

DEIN, M.J.

An Interim Status Conference was held before this court on October 7, 2014 pursuant to the provisions of Local Rule 116.5(b).  Based on that Conference, this court enters the following report and orders, to wit:

1. The defendants are in the process of reviewing the voluminous amounts of documents produced by the government to date.

2. The government expects to produce drug laboratory and forensic analysis of drug evidence on an ongoing basis.  Otherwise, the government does not expect to produce additional documents except in response to specific requests and accordance with the Local Rules.

3. The defendants will request additional discovery by November 14, 2014.

4. No protective order is anticipated.

5. The date for filing any discovery and/or dispositive motions shall be set at the next status conference.

6. The government expects that the drug analysts will be the only expert witnesses.  The government shall produce its expert discovery 30 days prior to trial.

7. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the

defendants require additional time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of October 7, 2014 through December 16, 2014, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior orders of the court dated June 19, 2014, July 29, 2014 and the order entered contemporaneously herewith, at the time of the Final Status Conference on December 16, 2014 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

8. **A Final Status Conference has been scheduled for December 16, 2014 at 2:30 p.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference**.

                               / s / Judith Gail Dein
                               JUDITH GAIL DEIN
                               UNITED STATES MAGISTRATE JUDGE