UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
14-10163-NMG

UNITED STATES OF AMERICA

v.

EDWARD BOYER et al.

**FINAL STATUS REPORT**

February 5, 2015

DEIN, M.J.

A Final Status Conference was held before this court on February 5, 2015 pursuant to the provisions of Local Rule 116.5(c).  Based on that Conference, this court enters the following report and orders, to wit:

1. While several defendants are engaged in plea discussions, no agreements have been reached.  The defendants request that the District Judge schedule an initial status conference **at least 30 days after this date** to give the parties time to best determine how to proceed.

2. The government expects to produce drug laboratory and forensic analysis of drug evidence on an ongoing basis.  Otherwise, discovery is complete except as provided in the Local Rules.  The government expects that the drug analysts will be the only expert witnesses.  The government shall produce its expert discovery 30 days prior to trial.

3. Some defendants may file a motion to suppress.  Such motions shall be filed by **March 18, 2015**.

4. No protective order is anticipated.

5. Based upon the prior orders of the court dated June 19, 2014, July 29, 2014, October 7, 2014, December 16, 2014 and the order entered contemporaneously herewith, at the time of the Initial Status Conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A trial is estimated to last 7-10 days.

7.     The file is here ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                  / s / Judith Gail Dein
                                          JUDITH GAIL DEIN
                                          UNITED STATES MAGISTRATE JUDGE