UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.    ) | Criminal No. 14-10163-NMG |
| ) | |
| EDWARD BOYER, *et al.*,    ) | |
| Defendants.    ) | |

## NOTICE OF WITHDRAWAL

Please note the withdrawal of appearance of Veronica M. Lei, Assistant United States Attorney, in the above-captioned matter.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

By:    */s/ Veronica M. Lei*
           VERONICA M. LEI
           Assistant United States Attorney
           B.B.O. No. 673122
           United States Attorney's Office
           1 Courthouse Way, Suite 9200
           Boston, MA   02210
           (617) 748-3100
           veronica.lei@usdoj.gov

Date:   September 3, 2015

## CERTIFICATE OF SERVICE

I, Veronica M. Lei, Assistant United States Attorney, hereby certify that the foregoing Notice of Withdrawal was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              */s/ Veronica M. Lei*
                              VERONICA M. LEI
                              Assistant United States Attorney

Date:   September 3, 2015